AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JORGE RUBENS DE OLIVEIRA,

    Petitioner.

            **v.**

WARDEN, FOLKSTON ICE
PROCESSING CENTER,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 5:26-cv-262

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 12, 2026, Petitioner's 28 U.S.C. § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions.  This case stands closed.

Approved by: _____

    HON. LISA GODBEY WOOD, JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

March 12, 2026
*Date*



John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020